# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | : CIVIL ACTION NO. 1:04-CR-0177 |
| | : |
| v. | : (Judge Conner) |
| | : |
| **ROBERT L. SINGLETON** | : |
| | : |

## **ORDER**

AND NOW, this 22nd day of April, 2008, upon consideration of *pro se* defendant's motion for clarification of payment of restitution during incarceration (Doc. 53), which was filed on April 2, 2008, and it appearing that, as of the date of this order, defendant has not filed a brief in support of the motion, see L.R. 7.5 ("Within ten (10) days after the filing of any motion filed prior to trial, the party filing the same shall file a brief in support of the motion."), it is hereby ORDERED that the motion (Doc. 284) is DEEMED withdrawn, see id. (providing that failure to file a brief in support of a motion within ten days shall result in the motion being "deemed to be withdrawn"). Nothing contained herein shall prevent defendant from re-filing the motion together with a brief in support thereof.

                S/ Christopher C. Conner
                CHRISTOPHER C. CONNER
                United States District Judge